**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6510**

─────────────

OLUDARE OGUNDE,

Petitioner - Appellant,

versus

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-00-404-AM)

─────────────

Submitted: October 31, 2001      Decided: December 20, 2001

─────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Oludare Ogunde, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Oludare Ogunde appeals from the district court's order denying Ogunde's motion for relief from judgment pursuant to Fed. R. Civ. P. 60. We have reviewed the record and the district court's order and find no reversible error. Ogunde failed to establish any grounds on which the motion could be granted. In re Burnley, 988 F.2d 1, 3 (4th Cir. 1992). The district court did not abuse its discretion in denying the motion. United States v. Holland, 214 F.3d 523, 527 (4th Cir. 2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED